UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINESON CURTIS ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>WONG, et al.,<br><br>    Defendants. | Case No. 21-cv-07602-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 2 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding medical treatment at California Medical Facility, where he is incarcerated. This prison is located within the venue of the United States District Court for the Eastern District of California. Because plaintiff is incarcerated in the Eastern District and the incident occurred in the Eastern District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motion to proceed in forma pauperis (Dkt. No. 2) which is **VACATED**. If plaintiff seeks to pay the full filing fee of $402, he must pay the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 13, 2021

JAMES DONATO
United States District Judge